IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEBRA DESHAUN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-065-A |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,[1] | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Debra Deshaun Brown, is plaintiff and the Acting Commissioner of Social Security, currently Nancy A. Berryhill, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits and for supplemental security income. On February 9, 2017, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until February 23, 2017, in which to file and serve any written objections thereto. To date, neither party has filed objections. Nevertheless, the court has conducted a thorough

---

[1] Nancy A. Berryhill replaced Carolyn W. Colvin as acting commissioner of the Social Security Administration. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is automatically substituted as the party of record.

study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, and has concluded that the recommendation of the magistrate judge should be accepted.

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for for a period of disability and disability insurance benefits protectively filed September 24, 2013, plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act and that, based on the application for supplemental security income protectively filed on September 24, 2013, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED February 24, 2017

_____
JOHN McBRYDE
United States District Judge